**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                          NO. 4:07CR00003-02 JLH

NICKY BROWNING                                                                        DEFENDANT

**ORDER**

Court convened on Wednesday, February 17, 2010, for a hearing on the government's motion and supplemental motions to revoke defendant's probation. Documents #73, #80 and #89. Assistant United States Attorney Marsha Clevenger was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Lisa Peters. United States Probation Officer Jason Jordan was also present.

Upon inquiry from the Court, the defendant did not contest the allegations contained in the motions. Following statements from counsel and the defendant, the Court determined that the motions to revoke should be held in abeyance for 120 days to allow defendant the opportunity to demonstrate that he can and will comply with the conditions of probation previously imposed by the Court.

In the event that defendant violates his conditions of probation prior to June 17, 2010, the government is directed to submit the appropriate motion and the Court will conduct a hearing. If no new violations are reported within the next 120 days, the government will move to dismiss the pending motion and supplemental motions to revoke probation.

The defendant is directed to continue to maintain employment and continue his participation in the Celebrate Recovery alcohol aftercare program in Paragould, Arkansas, as directed by the probation officer.

All other conditions of probation remain in full force and effect as previously imposed.

IT IS SO ORDERED this 17th day of February, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE